**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:24-CR-00342-SI-4 |
| **Plaintiff,** | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| vs. | |
| **JACKSON REVES,** | |
| **Defendant.** | |
| _____ | |

  Defendant Jackson Reves, through his attorney, Erik Eklund, respectfully moves this Court to continue his Trial, presently scheduled for March 31, 2025, for a period of 90 (ninety) days, to June 30, 2025, or a date convenient to the Court thereafter. This motion is supported by the attached declaration of counsel and is unopposed by Assistant United States Attorney Parakram Singh.

  Mr. Reves us charged by indictment with Conspiracy to Kidnap pursuant to 18 U.S.C. § 1201(c) and Kidnapping pursuant to 18 U.S.C. § 1201(a)(1). Mr. Reves is currently detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Reeves, as discuss the potential pretrial resolution of this matter.

  Specifically, the parties request the Court exclude the 120-day period from March 31, 2025 through July 29, 2025, under the Speedy Trial Act. The ends of justice are served by a 90-day continuance of the trial in this matter. This

continuance constitutes excludable delay pursuant to Title l8, United States Code, Section 3161(h)(7)(A) and (B).

    RESPECTFULLY SUBMITTED this 4th day of March, 2025.

                                                s/ *Erik E. Eklund*
                                                Erik E. Eklund
                                                Attorney for Defendant