AO 442 (Rev. 11/11) Arrest Warrant                                                                    FILED 19 MAR '25 8:41 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.
JACKSON REVES, et al

Case No. 3:24-cr-00342-SI-4

*Received by USMS 9/11/2024*

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JACKSON REVES**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Kidnap
Kidnapping

Date: **09/11/2024**

City and State: **Portland, OR**

**s/S. Behrends**
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

---

### Return

This warrant was received on *(date)* **9/11/24**, and the person was arrested on *(date)* **9/24/24**
at *(city and state)* **Jacksonville, FL**.

Date: **3/18/25**

On behalf of FBI SA Jaron Cookson
*Arresting officer's signature*

*Printed name and title*