**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:24-CR-00342-SI-4 |
| **Plaintiff,** | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| vs. | |
| **JACKSON REVES,** | |
| **Defendant.** | |
| _____ | |

      Defendant Jackson Reves, through his attorney, Erik Eklund, respectfully moves this Court to continue his Trial, presently scheduled for September 30, 2025, for a period of 180 (one hundred eighty) days, to March 30, 2026, or a date convenient to the Court thereafter. This motion is supported by the attached declaration of counsel and is unopposed by Assistant United States Attorney Parakram Singh.

      Mr. Reves is charged by indictment with Conspiracy to Kidnap pursuant to 18 U.S.C. § 1201(c) and Kidnapping pursuant to 18 U.S.C. § 1201(a)(1). Mr. Reves is currently detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. Reeves, and discuss the potential pretrial resolution of this matter.

      Specifically, the parties request the Court exclude the 210-day period from September 30, 2025 through April 28, 2026, under the Speedy Trial Act. The ends of

justice are served by a 180-day continuance of the trial in this matter. This continuance constitutes excludable delay pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B).

    RESPECTFULLY SUBMITTED this 11th day of September, 2025.

                                                    s/ *Erik E. Eklund*
                                                    Erik E. Eklund
                                                    Attorney for Defendant